# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>  Plaintiff,<br><br> v.<br><br>STURGEON SERVICES INTERNATIONAL, INC., et al.,<br><br>  Defendants. | Case No. 1:16-cv-01389-TLN-SAB<br><br>ORDER RE STIPULATION TO CONTINUE THE NON-EXPERT DISCOVERY DEADLINE, AS LIMITED IN THE PARTIES' STIPULATION<br><br>(ECF No. 49) |

On August 31, 2017, the parties filed a stipulation to continue the non-expert discovery deadline as limited in the parties' stipulation. (ECF No. 49.)

Based upon the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the non-expert discovery deadline, as limited in the parties' stipulation, is continued to October 9, 2017.

IT IS SO ORDERED.

Dated: **September 1, 2017**

UNITED STATES MAGISTRATE JUDGE

1