GREENBERG TRAURIG, LLP
MATTHEW R. GERSHMAN (SBN 253031) (gershmanm@gtlaw.com)
RYAN C. BYKERK (SBN 274534) (bykerkr@gtlaw.com)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700 / Facsimile: 310-586-7800

CAMERON M. NELSON (*Pro Hac Vice*) (nelsonc@gtlaw.com)
JACQUELINE BROUSSEAU (Pro Hac Vice) (brousseauj@gtlaw.com)
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400 / Facsimile: 312-456-8435
*Attorneys for Plaintiff UL LLC*

T. SCOTT BELDEN (SBN 184387) (sbelden@beldenblaine.com)
T. TODD EGLAND (SBN 240911) (tegland@beldenblaine.com)
BELDEN, BLAINE, RAYTIS, LLP
P.O. Box 9129
Bakersfield, CA 93389-9129
Telephone: 661-864-7827 / Facsimile: 661-878-9797
*Attorneys for Defendants Sturgeon Services International, Inc. and Engineered Well Service International, Inc.*

SAM X. J. WU (SBN 183098)
ALEXEI BRENOT (SBN 194693)
LAW OFFICES OF SAM X.J. WU. APC
8600 Utica Ave., Building 100
Rancho Cucamonga, CA 91730
TEL: (909) 393-4642 FAX: (626) 656-8088
EMAIL: samwulaw@yahoo.com
*Attorneys for Defendant John E. Powell, Jr.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Sturgeon Services International, Inc., a California corporation, Engineered Well Service International, Inc., a California corporation, John Powell, an individual, and John Does 1-20, individuals,<br><br>    Defendants.<br><br>AND RELATED COUNTER, THIRD-PARTY, AND CROSS-CLAIMS | CASE NO. 1:16−CV−01389−TLN−SAB<br><br>**JOINT STIPULATION AND APPLICATION FOR A LIMITED CONTINUANCE OF THE FACT DISCOVERY DEADLINE IN PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Hon. Troy L. Nunley |

**STIPULATION AND APPLICATION TO CONTINUE FACT DISCOVERY DEADLINE**

WHEREAS, on January 23, 2017, the Court issued a Pretrial Scheduling Order (Docket No. 35) ("Order");

WHEREAS, the Order provides, among other things, that the deadline to complete fact discovery is on or before September 8, 2017;

WHEREAS, due to the conflicting schedules of third party and party witnesses, the Parties, and their counsel, the Parties require additional time beyond September 8, 2017 to complete the depositions of the witnesses previously noticed, including (a) Chad Givens which the Parties have agreed will be taken in Bakersfield, California, (b) the deposition of UL's representative which is to be taken in Los Angeles, California; and (c) the continued deposition of SSI / EWS's representative which is to be taken in Bakersfield, California;

WHEREAS, though the Parties have cooperatively conducted written discovery, disputes exist among the Parties as to certain written discovery requests and responses that the Parties require further time to informally resolve in order to avoid unnecessary motion practice;

WHEREAS, the Parties are also in active settlement talks that require additional time to complete, and which may moot the need for the taking of previously noticed depositions and any motions related to the Parties' discovery disputes;

WHEREAS, under the circumstances, all of the Parties wish to seek a continuance of the fact discovery deadline in the Order for a period of thirty (30) days, to allow for the completion of already propounded written discovery, resolution of disputes related thereto, and taking of the previously noticed depositions identified hereinabove;

IT IS HEREBY AGREED AND STIPULATED by and between the Parties, through their respective counsel of record, that:

1. There exists good cause to continue the fact discovery deadline in the Order for a period of thirty (30) days to complete currently noticed depositions, outstanding written

discovery responses, and resolve discovery disputes that are currently pending, and not to propound additional discovery to the parties or third-parties, or to notice additional depositions, or issue additional subpoenas;

2. none of the Parties will suffer prejudice form their jointly requested thirty (30) day limited continuance of the fact discovery deadline in the Order;

3. none of the Parties have previously requested a continuance of any of the deadlines previously set by the Court in this case;

4. the requested limited continuance is in the interest of judicial economy insofar as it may moot any presently contemplated motion practice and accompanying hearings, and will allow the Parties the necessary time to complete their settlement discussions.

5. Subject to the Court's approval and Order upon this Stipulation and Joint Application, the fact discovery deadline will be continued, as limited herein, from September 8, 2017 to October 9, 2017.

DATED: August 31, 2017    GREENBERG TRAURIG LLP

By */s/ Ryan C. Bykerk*
Matthew R. Gershman
Ryan C. Bykerk
Cameron M. Nelson
Jacqueline Brousseau
*Attorneys for Plaintiff UL LLC*

DATED: August 31, 2017    BELDEN, BLAINE, RAYTIS LLP

By */s/ T. Todd Egland* (as authorized on August 31, 2017)
T. Scott Belden
T. Todd Egland
*Attorneys for Defendants Sturgeon Services International, Inc. and Engineered Well Service International, Inc.*

| | |
|---|---|
| DATED: August 31, 2017 | LAW OFFICES OF SAM X.J. WU, APC |
| | By    */s/ Alexei Brenot* (as authorized on August 31, 2017)<br>Attorneys for Defendant, Cross-Claimant, and Cross-Defendant John E. Powell, Jr. |

### ORDER

The Parties' Stipulation and Application is GRANTED. The fact discovery deadline is continued, as limited in the Parties' Stipulation and Application, from September 8, 2017 to October 9, 2017.

**IT IS SO ORDERED:**

Dated: September 1, 2017

                                                 Troy L. Nunley
                                                 United States District Judge