# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STURGEON SERVICES INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01389-TLN-SAB<br><br>ORDER VACATING OCTOBER 4, 2017 HEARING AND DIRECTING CLERK OF COURT TO TERMINATE MOTION TO COMPEL<br><br>(ECF Nos. 53, 56) |

Plaintiff filed a motion to compel responses to Plaintiff's request for production of documents and interrogatories on September 13, 2017. On September 27, 2017, the parties filed a joint statement of discovery dispute. Plaintiff filed a motion to withdraw the motion to compel without prejudice on October 3, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for October 4, 2017 is VACATED and the parties are not required to appear at that time; and
2. The Clerk of the Court is DIRECTED to terminate the motion to compel filed September 13, 2017.

IT IS SO ORDERED.

Dated: **October 3, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1